IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CV-940-FL

| | | |
|---|---|---|
| CERTAIN INTERESTED UNDERWRITERS SUBSCRIBING TO POLICY NO. B1262PW0017013, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMERICAN REALTY ADVISORS; SVF WESTON LAKESIDE, LLC; and DOES 1-25, Inclusive, | ) ) ) ) | |
| Defendants. | ) ) | **ORDER** |
| AMERICAN REALTY ADVISORS and SVF WESTON LAKESIDE, LLC, | ) ) ) | |
| Counter Claimants, | ) ) | |
| v. | ) ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, | ) ) ) ) | |
| Counter Defendants. | ) ) | |

These consolidated cases are before the court on the consent motion (D.E. 155) by plaintiffs Certain Interested Underwriters Subscribing to Policy No. B1262P20017013 ("plaintiffs") to excuse their local counsel from participation in the telephonic discovery conference scheduled for 23 August 2018 (*see* 20 Aug. 2018 Text Order). While the court generally prefers participation of local counsel in court proceedings, there being no opposition to the motion and good cause having been shown, the motion is ALLOWED. Plaintiffs' local

counsel is excused from participation in the 23 August 2018 telephonic discovery conference. Nothing herein shall be deemed to limit the court's discretion with respect to arrangements for any further proceedings in this case.

SO ORDERED, this 22 day of August 2018.

James E. Gates
United States Magistrate Judge