IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:16-cv-00940-FL

| | |
|---|---|
| CERTAIN INTERESTED UNDERWRITERS SUBSCRIBING TO POLICY NO. B1262PW0017013,<br><br>        Plaintiffs,<br>v.<br><br>AMERICAN REALTY ADVISORS, SVF WESTON LAKESIDE, LLC, AND DOES 1-25, INCLUSIVE,<br><br>        Defendants. | Civil Action No. 5:16-cv-00940-FL<br><br>**ORDER RE: MOTION TO SEAL DOCUMENTS PURSUANT TO PROTECTIVE ORDER [Document #41]** |
| SVF WESTON LAKESIDE, LLC, AMERICAN REALTY ADVISORS,<br><br>        Plaintiffs,<br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON,<br><br>        Defendants. | Civil Action No. 5:17-cv-00074-FL |

## **ORDER**

THIS MATTER came before the Court on the Motion To Seal Certain Documents in the action including:

1)     Certain Interested Underwriters Subscribing to Policy Number B1262PW0017013 ("Underwriters") Supplemental Brief On Status Of Motion To Compel Against ARA Parties [Documents #100 and #101];

1

2) The Declaration of Martha Shelley, attached as **Exhibit B** to the Declaration of Ellin J. Lee filed in conjunction with Underwriters' Supplemental Brief;

3) The Declaration of Jerry Ross attached as **Exhibit C** to the Declaration of Ellin J. Lee filed in conjunction with Underwriters' Supplemental Brief;

4) The Declaration of Morgan Viel attached as **Exhibit D** to the Declaration of Ellin J. Lee filed in conjunction with Underwriters' Supplemental Brief ; and

5) The Declaration of Kevin Faircloth attached as **Exhibit E** to the Declaration of Ellin J. Lee filed in conjunction with Underwriters' Supplemental Brief.

The Court, having reviewed the Motion and being otherwise fully advised in the premises, ORDERS AND ADJUDGES as follows:

1. The above described documents are ordered sealed as follows:
2. The following documents shall be sealed:
   DE160, DE162, 162-B, 162-C-, 162-D, 162-E
   _____
   _____

3. The Court denies the motion to seal as to the following documents:
   _____
   _____
   _____.

This the 16th day of October, 2018.

_____
United States District Judge

# Certificate of Service

I hereby certify that on September 10, 2018, I electronically filed the foregoing **[PROPOSED] ORDER RE: MOTION TO SEAL DOCUMENTS PURSUANT TO PROTECTIVE ORDER [Document #41]**, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Joseph S. Dowdy, Esq.
Kilpatrick, Townsend & Stockton, LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
*Counsel for American Realty Advisors and SVF Weston Lakeside, LLC*

Mary Craig Calkins, Esq.
Kilpatrick Townsend & Stockton
9720 Wilshire Blvd., PH
Beverly Hills, CA 90212
*Counsel for American Realty Advisors and SVF Weston Lakeside, LLC*

Richard C. Worf, Jr., Esq.
R. Steven DeGeorge, Esq.
Robinson Bradshaw
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
*Counsel for American Realty Advisors and SVF Weston Lakeside, LLC*

　　　　　　　　　　　　　　　P.K. SCHRIEFFER LLP

　　　　　　　　　　　　　　　By: /s/ Ellin J. Lee＿
　　　　　　　　　　　　　　　Ellin J. Lee, Esq., CA Bar #197076
　　　　　　　　　　　　　　　100 N. Barranca Avenue, Suite 1100
　　　　　　　　　　　　　　　West Covina, CA 91791
　　　　　　　　　　　　　　　Telephone: 626-373-2444 / Facsimile: 626-974-8403