IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-cv-940-FL

| | | |
|---|---|---|
| CERTAIN INTERESTED UNDERWRITERS SUBSCRIBING TO POLICY NO. B1262PW00017013<br>Plaintiff, | ) ) ) ) | Civil Action No: 5:16-cv-940-FL |
| v. | ) ) | |
| AMERICAN REALTY ADVISORS SVF WESTON LAKESIDE, LLC AND DOES 1-25 INCLUSIVE,<br>Defendants | ) ) ) ) ) | ORDER |
| SVF WESTON LAKESIDE, LLC AND AMERICAN REALTY ADVISORS,<br>Plaintiffs | ) ) ) ) | Civil Action No: 5:17-cv-74-FL |
| v. | ) ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON,<br>Defendant | ) ) ) ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, the above matters are DISMISSED subject to the right of any party to file a motion to reopen the cases should settlement not be consummated within 45 days hereof. **The parties are directed to file their Stipulation of Dismissal with Prejudice on or before December 16, 2018.**

As there appears to be no further reason at this time to maintain the files as open ones for statistical purposes, the cases are removed from the active docket.

SO ORDERED, this 1st day of November, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge